■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT OUTLAR, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered April 13, 1987, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BETSY RAMOS, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Kramer, J.), imposed April 11, 1989, under Indictment No. 4354/88, and an amended sentence of the same court, also imposed April 11, 1989, under Indictment No. 7197/86.

Ordered that the appeal from the sentence is dismissed *(see, People v Seaberg,* 74 NY2d 1); and it is further,

Ordered that the amended sentence is affirmed. Mangano, P. J., Kooper, Harwood, Balletta and O'Brien, JJ., concur.